**THIS ORDER IS SIGNED AND ENTERED.**

Dated: August 1, 2017

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

Christopher M Royal and Briana R Royal,
            Debtor(s)

Case No.  17-10920

Chapter 7

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services (the "Movant") filed a motion for relief from the automatic stay of 11 U.S.C. §362(a) to foreclose its interest in a 2013 Chevrolet Impala, VIN:  2G1WG5E38D1155372 (the "Collateral").  Due and proper notice was given, and no objections were filed.  The facts recited in the motion show that there is no equity in the Collateral, the Movant's interest in the Collateral is not adequately protected, or other cause exists for granting the Movant's request for relief from the automatic stay of 11 U.S.C. §362(a).

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362(a) is modified to permit the Movant to exercise its rights and remedies with respect to the Collateral under its loan documents and applicable nonbankruptcy law;

IT IS FURTHER ORDERED:  all other relief requested in the motion is denied; and

IT IS FURTHER ORDERED:  this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####

<u>Order Drafted By</u>
Bradley J. Halberstadt, Attorney
Stewart, Zlimen & Jungers
2277 Highway 36 West, Suite 100
Roseville, MN  55113
Phone:  651-366-6380, Ext. 111
Fax:  651-366-6383
E-Mail:  brad@szjlaw.com